```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 17-04215-HWV
Michele R. Kolb                                                     Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: REshelman          Page 1 of 2          Date Rcvd: Nov 28, 2017
                              Form ID: ordsmiss        Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2017.
```
db              +Michele R. Kolb,    203 Shepherd Street,    Jonestown, PA 17038-9430
4987683         +American Dental,    1135 E. Chocolate Avenue, Suite 101,    Hershey PA 17033-1220
4987684         +American Dental Care,    4811 Jonestown Road, Suite 129,    Harrisburg PA 17109-1751
4987687         +Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    Camp Hill PA 17011-6943
4987689          CBCS,    PO Box 2724,    Columbus OH 43216-2724
4987691          Comcast,    PO Box 3005,    Southeastern PA 19398-3005
4987696          Directv,    PO Box 11732,    09101-4732
4987697         +FirstEnergy,    331 Newman Springs Rd,    Building 3,    Red Bank NJ 07701-5688
4987698         +Ingram and Daugherty,    710 S. 12th Street,    Lebanon PA 17042-6901
4987700         +Keystone Collections Group,    PO Box 519,    Irwin PA 15642-0519
4987703         +Met Ed,    331 Newman Spring Rd.,    Bldg 3,    Red Bank NJ 07701-5688
4987704         +Met Ed,    331 Newman Springs Rd, Bldg 3,    Red Bank NJ 07701-5688
4987702          Met Ed,    P.O. Box 3687,    Akron OH 44309-3687
4987708         +Phelan Hallinan Diamond & Jones LLP,    One Penn Center at Suburban Station,
                  1617 JFK Blvd., Suite 1400,    Philadelphia PA 19103-1814
4987712         +Powell, Rogers & Speaks,    PO Box 930,    Halifax PA 17032-0930
4987715         +RMS,    77 Hartland Street,    East Hartford CT 06108-3253
4987716         +Robert E. Kolb,    709 Salem Road,    Etters PA 17319-9599
4987717          Rushmore Loan Management Svcs LLC,    PO Box 514707,    Los Angeles CA 90051-4707
4987719         +Verizon,    PO Box 5029,    Wallingford CT 06492-7529
4987720         +Welsh Mountain Health Centers,    584 Springville Road,    New Holland PA 17557-9564
4987721         +Wollemi Acquisitions, LLC,    PO Box 165028,    Irving TX 75016-5028
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4987682         +EDI: AFNIRECOVERY.COM Nov 28 2017 19:03:00      Afni,   Attn: Bankruptcy,    Po Box 3097,
                  Bloomington IL 61702-3097
4987685          EDI: AIS.COM Nov 28 2017 19:03:00      American InfoSource LP as agent for,    Verizon,
                  PO Box 248838,    Oklahoma City OK 73124-8838
4987686         +E-mail/Text: banko@berkscredit.com Nov 28 2017 19:00:35      Berks Credit & Collections,
                  900 Corporate Drive,    Reading PA 19605-3340
4987688         +EDI: RESURGENT.COM Nov 28 2017 19:03:00      CACH, LLC,    4340 S Monaco Street, 2nd Floor,
                  Denver CO 80237-3485
4987692         +EDI: WFNNB.COM Nov 28 2017 19:03:00      Comenitycapital/boscov,    Comenity Bank,
                  Po Box 182125,    Columbus OH 43218-2125
4987693         +EDI: CONVERGENT.COM Nov 28 2017 19:03:00      Convergent Outsourcing,    300 SW 39th Street,
                  PO Box 9004,    Renton WA 98057-9004
4987694         +EDI: CRFRSTNA.COM Nov 28 2017 19:03:00      Credit First National Assoc,
                  Attn: BK Credit Operations,    Po Box 81315,    Cleveland OH 44181-0315
4987690          EDI: DIRECTV.COM Nov 28 2017 19:03:00      CBE, Direct TV,    PO Box 78626,
                  Phoenix AZ 85062-8626
4987695         +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Nov 28 2017 19:01:03      Dept of Labor and Industry,
                  Office of Chief Counsel, UC Div.,    651 Boas Street, 10th Floor,    Harrisburg PA 17121-0751
4987699          EDI: IRS.COM Nov 28 2017 19:03:00      Internal Revenue Service,
                  Centralized Insolvency Operation,    PO Box 7346,    Philadelphia PA 19101-7346
4987701         +E-mail/Text: bknotices@mbandw.com Nov 28 2017 19:00:52      McCarthy, Burgess and Wolff,
                  26000 Cannon Road,    Cleveland OH 44146-1807
4987706         +E-mail/Text: Bankruptcies@nragroup.com Nov 28 2017 19:01:03      National Recovery Agency,
                  2491 Paxton St,    Harrisburg PA 17111-1036
4987709          EDI: PRA.COM Nov 28 2017 19:03:00      Portfolio Recovery Associates,    120 Corporate Boulevard,
                  Norfolk VA 23502
4987710          EDI: PRA.COM Nov 28 2017 19:03:00      Portfolio Recovery Associates LLC,    PO Box 41067,
                  Norfolk VA 23541
4987711          EDI: PRA.COM Nov 28 2017 19:03:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
                  Norfolk VA 23541
4978963         +EDI: PRA.COM Nov 28 2017 19:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
4987713          E-mail/Text: bkdepartment@rtresolutions.com Nov 28 2017 19:00:49
                  Real Time Resolutions, Inc.,    1349 Empire Central Dr., Suite 150,    Dallas TX 75247-4029
4987714         +E-mail/Text: Supportservices@receivablesperformance.com Nov 28 2017 19:00:59
                  Receivables Performance Mgmt,    Attn: Bankruptcy,    Po Box 1548,    Lynnwood WA 98046-1548
4987718         +EDI: VERIZONEAST.COM Nov 28 2017 19:03:00      Verizon,
                  Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                  Weldon Springs MO 63304-2225
4987722         +EDI: CREDIGYREC.COM Nov 28 2017 19:03:00      Wollemi Acquisitions, LLC,
                  by AIS Data Services, LP as agent,    PO Box 4138,    Houston TX 77210-4138
                                                                                                TOTAL: 20

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4987681           1-17-04215-hwv
```

```
District/off: 0314-1              User: REshelman           Page 2 of 2                Date Rcvd: Nov 28, 2017
                                  Form ID: ordsmiss         Total Noticed: 41
```

```
cr*            +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
4987705*        Met Ed,    PO Box 3687,    Akron OH 44309-3687
4987707*       +National Recovery Agency,    2491 Paxton Street,    Harrisburg PA 17111-1036
                                                                              TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    U.S. Bank National Association Et. Al.,
               bkgroup@kmllawgroup.com
              Lisa A Rynard    on behalf of Debtor 1 Michele R. Kolb lrynard@pkh.com, rwhitfield@pkh.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Michele R. Kolb<br>**Debtor(s)** | Chapter 13<br>Case No. 1:17−bk−04215−HWV |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: November 28, 2017

By the Court,

*[signature]*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: REshelman, Deputy Clerk